```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16863
   THOMAS K SICKEL
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2492


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 09/15/07 .

    2.   The case was dismissed without confirmation, 02/01/2008.

    3.   The Debtor paid a total of $   6200.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OXFORD BANK | SECURED | .00 | .00 | .00 |
| OXFORD BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LEXUS FINANCIAL SERVICE | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| MUNICIPAL COLLECTION SER | PRIORITY | NOT FILED | .00 | .00 |
| VILLAGE OF MAYWOOD | PRIORITY | NOT FILED | .00 | .00 |
| ADVANTA BANK CORP | UNSECURED | NOT FILED | .00 | .00 |
| ALBERTO RUIZ | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BEHAVORIAL HEALTHCARE AS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CHRYSLER FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| HOLY FAMILY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM | UNSECURED | NOT FILED | .00 | .00 |

```
VALLEY EMERGENCY CARE         UNSECURED         NOT FILED              .00           .00
WEST SUBURBAN HOSPITAL M UNSECURED              NOT FILED              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00          .00          .00           .00
PRINCIPAL PAID         .00           .00          .00          .00           .00
INTEREST PAID          .00           .00          .00          .00           .00
TOTAL PAID             .00           .00          .00          .00           .00
```

The Debtor's attorney, LAVELLE LEGAL SERVICES       , was allowed $   3424.00 and was paid $   2324.00  direct and $   1100.00  through the plan.

The Trustee received $      67.73 .

Refunds to the Debtor totaled $    5032.27 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 05/20/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 16863 THOMAS K SICKEL